**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-7075**

BRUCE WAYNE KOENIG,

Plaintiff - Appellant,

and

LARRY E. HORTON,

Plaintiff,

v.

STATE OF MARYLAND; MARYLAND DIVISION OF CORRECTION; BOBBY
SHEARIN; M. YACENECH; CO II CORRECTIONAL OFFICER GUTILLO,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge.  (1:13-cv-03911-JFM)

Submitted:  December 18, 2014        Decided:  December 22, 2014

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bruce Wayne Koenig, Appellant Pro Se.  Stephanie Judith Lane-
Weber, Assistant Attorney General, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Wayne Koenig seeks to appeal the district court's order dismissing without prejudice Koenig's co-plaintiff and granting Koenig leave to proceed in forma pauperis. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Koenig seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED